APODACA v. STATE. (No. 7784.)

(Court of Criminal Appeals of Texas. June 6, 1923.)

Criminal law ⚌1056(1)—Refusal of special charges not reviewable, in absence of exceptions.

In the absence of exceptions to refusal of special charges presented by accused, they present nothing for review.

Appeal from El Paso County Court at Law; J. M. Deaver, Judge.

Antonio Apodaca was convicted of aggravated assault, and appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for an aggravated assault; punishment fixed at a fine

of $25. No statement of facts appears in the record, nor do we find any bills of exception.

Special charges were presented, but, in the absence of exceptions to their refusal, they present nothing for review. See Barrios v. State, 83 Tex. Cr. R. 548, 204 S. W. 326; Linder v. State (Tex. Cr. App. No. 6558) 250 S. W. 703 recently decided.

No fundamental error has been perceived. The judgment is therefore affirmed.